**Paul Kim**

| | |
|---|---|
| **From:** | Alexei R <rasinmd@gmail.com> |
| **Sent:** | Thursday, May 4, 2017 8:54 AM |
| **To:** | Paul Kim |
| **Subject:** | Re: Alexei Rasin 2080/1510 |



Ok, thank you for a quick response and reassurance.

 Sent with **Mailtrack**

On Thu, May 4, 2017 at 8:52 AM, Paul Kim <Paul@condo-laws.com> wrote:

> We are not moving forward with the prosecution based on the agreement to settle with the parties formalizing it through written agreement.  You have seen and agreed to the material terms via email that the Association proposed.  You can rely on this email for the fact that we will not be moving for default.
>
>
> I am handling an emergency injunction right now.  I will try to send you the settlement agreement after the Association has reviewed it.  Rather than go back and forth.
>
>
> Paul Kim, Esq.
>
> Glazer & Associates, P.A.
> One Emerald Place
>
> 3113 Stirling Road, Suite 201
>
> Fort Lauderdale, Florida 33312
>
> Telephone: (954) 983-1112
> Facsimile: (954) 333-3983
>
> paul@condo-laws.com
>
> www.condo-laws.com
>
> **"Like" us on Facebook!**                                    **Read our:**

 

Please note that this firm is deemed a debt collector pursuant to the Fair Debt Collection Practices Act. This is an attempt to collect a debt.  Any information obtained may be used for that purpose. This e-mail message and any attachment to this e-mail message is attorney PRIVILEGED and CONFIDENTIAL and is intended only for the person or entity to which it is addressed since it may contain confidential, proprietary, and/or privileged material. Any review, reproduction, retransmission, dissemination or other use of, or taking of any action in reliance upon, this e-mail by persons or entities other than the intended recipient is prohibited. If you are not the intended recipient, you must not review, retransmit, convert to hard copy, copy, and use or disseminate this e-mail or any attachments to it. If you have received this e-mail in error, please notify us immediately by return e-mail or by telephone at (954) 983-1112 and delete this message from all computers. Please note that if this e-mail message contains a forwarded message or is a reply to a prior message, some or all of the contents of this message or any attachments may not have been produced by the law firm of Glazer & Associates, P.A

**From:** Alexei R [mailto:rasinmd@gmail.com]
**Sent:** Thursday, May 4, 2017 8:47 AM
**To:** Paul Kim
**Subject:** Re: Alexei Rasin 2080/1510



# Good morning Mr. Kim,

# I have not received any settlement agreement as of yet and today is the last day that I can file an answer. I've checked with the clerk and she confirmed that the case is active and today is the last day for answer and motion. Please let me know where we stand.

# Thanks.

Sent with Mailtrack

On Tue, May 2, 2017 at 3:24 PM, Paul Kim <Paul@condo-laws.com> wrote:

> Alexei:

Rather than engage in protracted litigation, the Board will agree to allow Defendants to stay at the Unit until June 30, 2017 at 5:00 pm. The parties will stipulate to a judgment of possession entitled the Association the right to possession no later than that date and time and, if necessary, writ of possession without further hearing. Defendants agree to releases of the Association, its directors, officers, employees, maintenance personnel, property manager, attorneys, successors, agents and assigns from all claims, fees, costs, damages, security, rents, etc. known or unknown that could have existed from the beginning of time to the date of the execution of the settlement agreement. The Association keeps the security deposit and last month rent. The Association shall also have the right to have reasonable access to the Unit to show the property upon 24 hours notice for re-leasing purposes. Prevailing party attorneys' fees and costs for enforcement and to determine amount. Parties to sign a written settlement agreement.

Please provide the number which you wish to be contacted at for purposes of the 24 hours notice and for wrapping up this settlement agreement. If you have questions, feel free to call me.

Thanks,

Paul Kim, Esq.

Glazer & Associates, P.A.
One Emerald Place

3113 Stirling Road, Suite 201

Fort Lauderdale, Florida 33312

Telephone: (954) 983-1112
Facsimile: (954) 333-3983

paul@condo-laws.com

www.condo-laws.com

"Like" us on Facebook!                                        Read our:

      

Please note that this firm is deemed a debt collector pursuant to the Fair Debt Collection Practices Act. This is an attempt to collect a debt. Any information obtained may be used for that purpose. This e-mail message and any attachment to this e-mail message is attorney PRIVILEGED and CONFIDENTIAL and is intended only for the person or entity to which it is addressed since it may contain confidential, proprietary, and/or privileged material. Any review, reproduction, retransmission, dissemination or other use of, or taking of any action in reliance upon, this e-mail by persons or entities other than the intended recipient is prohibited. If you are not the intended recipient, you must not

review, retransmit, convert to hard copy, copy, and use or disseminate this e-mail or any attachments to it. If you have received this e-mail in error, please notify us immediately by return e-mail or by telephone at (954) 983-1112 and delete this message from all computers. Please note that if this e-mail message contains a forwarded message or is a reply to a prior message, some or all of the contents of this message or any attachments may not have been produced by the law firm of Glazer & Associates, P.A

**From:** Alexei R [mailto:rasinmd@gmail.com]
**Sent:** Monday, May 1, 2017 11:32 AM
**To:** Paul Kim
**Subject:** Alexei Rasin 2080/1510

Good morning Mr. Kim,







████████████████████████████████████████████

███████████████████████████████████████████████

█████████████████████████████████████

Please feel free to contact me anytime.

Alexei Rasin.

--

Dr. Alexei Rasin

IMPORTANT:  This message is intended only for the use of the individual or entity to which it is addressed and may contain   information that  is privileged, confidential, and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you receive this communication in error, please notify us. Alexei Rasin shall (will) not therefore be liable for the message if modified. Thank You

 Sent with Mailtrack

--

Dr. Alexei Rasin


IMPORTANT:  This message is intended only for the use of the individual or entity to which it is addressed and may contain   information that  is privileged, confidential, and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you receive this communication in error, please notify us. Alexei Rasin shall (will) not therefore be liable for the message if modified. Thank You




--
Dr. Alexei Rasin


IMPORTANT:  This message is intended only for the use of the individual or entity to which it is addressed and may contain   information that  is privileged, confidential, and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you receive this communication in error, please notify us. Alexei Rasin shall (will) not therefore be liable for the message if modified. Thank You