# Paul Kim

| | |
|---|---|
| **From:** | Alexei R <rasinmd@gmail.com> |
| **Sent:** | Friday, June 2, 2017 5:46 PM |
| **To:** | Paul Kim |
| **Subject:** | Signature settlement agreement |
| **Attachments:** | IMG_0187.JPG; ATT00001.txt |

My scanner isn't working, I'm sending a picture of a signature page.

1

of this Agreement. It is the intent of all parties that this Agreement shall be deemed to have been prepared by all of the parties to the end that no party shall be entitled to the benefits of any favorable interpretation or construction of any term or provision hereof under any rule or law.

j. **Counterparts.** This Agreement may be executed in a number of identical counterparts each of which is deemed an original for all purposes and all of which constitute only one agreement and that authentic signatures exchanged by facsimile or e-mail (i.e. PDF copies), shall be as binding as original hand signed signatures for all purposes.

k. **Severability.** If any provision(s) of this Agreement is unlawful, invalid or unenforceable for any reason, the validity, legality and enforceability of the remaining provision(s) shall not be affected or in anyway impaired thereby, this agreement shall be construed as if the unlawful, invalid or unenforceable provision(s) had not been included in this Agreement unless the deletion of such provision(s) would result in such a material change so as to cause the completion of the transactions contemplated herein to be unreasonable.

l. **Effective Date.** The effective date of this Agreement ("Effective Date") shall be the date that it is signed by the last party to sign this Agreement.

m. **Tax Consequences.** No representations have been made by Releasee(s) regarding the taxability of all or any portion of this settlement. Releasor(s) have had the opportunity to seek independent advice regarding the tax consequences of this settlement, and accept responsibility for satisfaction of any tax obligation that may result from this settlement.

[Separate Signature Page for Alexei Rasin]

IN WITNESS WHEREOF, the undersigned have executed this Agreement to be effective as of the date indicated below.

By: _____    Date: 6/2/2017
Alexei Rasin