# Paul Kim

| | |
|---|---|
| **From:** | Bill Ioannou <bi@adelphiarealty.com> |
| **Sent:** | Tuesday, June 27, 2017 11:17 PM |
| **To:** | manager |
| **Subject:** | Re: 1510 |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Janet,
I gave Jomar the agreement to put on Christian's or your desk for you and the Board to review. Let me know if anyone has questions re the terms.

I have a doctor's appointment in the AM but should be back by 1PM.

I told the Russian couple what we need from them (credit report, paycheck and application). They can provide the info tomorrow. I suggested we all meet (them, you, the Board) for 15-20 minutes tomorrow so we can discuss the rental, requirements and expectations, etc. in the afternoon. Let me know if that works. They are willing to start 7/1 and sign a lease tomorrow. Thank you.


Bill Ioannou
Lic. Real Estate Broker
Adelphia Realty, LLC
<u>2080 S. Ocean Dr, Ste 101</u>
<u>Hallandale Bch, FL 33009</u>
Cell: <u>954-821-3184</u>

www.adelphiarealty.com



2080 In-House Real Estate
Sales and Rentals Experts

On Jun 27, 2017, at 6:41 PM, manager <manager@the2080.com> wrote:

Ok, thank you


<image001.jpg>

1

**Janet Medina, LCAM**
Community Association Manager
South Florida High-Rise

**2080 Ocean Condominium**
2080 S. Ocean Drive | Hallandale Beach FL 33009
Direct 954-456-5215 | Fax 954-456-5337
Email manager@the2080.com
www.fsresidential.com
Follow us on | Facebook | Twitter | LinkedIn | YouTube

**From:** Bill Ioannou [mailto:bi@adelphiarealty.com]
**Sent:** Tuesday, June 27, 2017 6:12 PM
**To:** manager
**Subject:** Re: FW: 1510

Hi Janet,
I will prepare it tomorrow and give or email it to you. Thank you.

Bill Ioannou
Licensed Real Estate Broker
Adelphia Realty, LLC
2080 S. Ocean Drive, Suite 101
Hallandale Beach, FL 33009
Cell: 954-821-3184
www.adelphiarealty.com



2080 In-House Real Estate Company
Sales and Rentals Experts

On Tue, Jun 27, 2017 at 6:09 PM, manager <manager@the2080.com> wrote:

> Hi Bill,
>
> The board would like a listing agreement for unit 1510
>
> Please advise
>
> Thank you

**Janet Medina, LCAM**
Community Association Manager
South Florida High-Rise

**2080 Ocean Condominium**

2080 S. Ocean Drive | Hallandale Beach FL 33009
Direct 954-456-5215 | Fax 954-456-5337
Email manager@the2080.com
www.fsresidential.com

Follow us on | Facebook | Twitter | LinkedIn | YouTube

**From:** Bill Ioannou [mailto:bi@adelphiarealty.com]
**Sent:** Sunday, June 25, 2017 9:47 PM
**To:** manager; president; abolea@msn.com
**Subject:** Re: 1510

Tony, Janet, Steve,

Per my call with Tony the other day about #1510, below is a link to the latest comparables at 2080. In sum, you will see 1109 rented for $2,450 on 4/3/17 and 1404 is pending sale now at $2,600. For active units for rent, 1005 is listed at $2,650 since 5/2/17, 1107 and 905 for $2,600 since 4/4/17 and 709 for $2,500 since 12/15/16.

http://sef.mlxchange.com/DotNet/Pub/EmailView.aspx?r=1516000270&s=SEF&t=SEF

I have shared with the prospective renters that the association may agree to rent 1510 for $2,200/month. They may seek a little less based on the fact that it is subject to a foreclosure action and they would need to leave upon 30 day's notice from the bank which is an unknown (and will be a condition in the lease). They are a blonde Russian couple from St. Petersburg, Russia in their 30's with a 4 year old girl, very nice people. They won't have any ███████████████████████████████████████████████████████████████████ ███████ where she works saying she has been an employee since 2004 in Russia and in Plantation since June with a salary over ██████.

I told them only water, sewer, garbage and 1 parking spot is included; electricity, cable, wi-fi is not included and 2080 would have it cleaned (I have a cleaning company that is licensed if you want to use it). Of course, we need to see if any repairs are needed to the unit and change the lock. They want to know that 2080 would remove any furniture they don't want if Alexei doesn't remove it (I might be able to find a place for some of it in other units or we can donate or trash it if so).

3

Finally, I had hoped to see 1510 on Saturday re buying some furniture but Alexei changed it to Monday after 4pm. I hope he doesn't change his mind again because we are short on time as June 30 is Friday. I'll let you know tomorrow. I am hopeful that this works out for everyone. Thank you.

Bill Ioannou

Licensed Real Estate Broker

Adelphia Realty, LLC

2080 S. Ocean Drive, Suite 101

Hallandale Beach, FL 33009

Cell: 954-821-3184

www.adelphiarealty.com



2080 In-House Real Estate Company
Sales and Rentals Experts

On Wed, Jun 21, 2017 at 4:05 PM, Bill Ioannou <bi@adelphiarealty.com> wrote:

> Janet,
>
> Good news. After we spoke I called Steve and then the prospective renters re 1510 for an annual lease beginning July 1. I'm out of the office so I am emailing.
>
> I explained to the renters that 1510 is in foreclosure and they would be given 30 days to move if that happens and they are open to it. I'd like to get more info on the owner/bank and maybe look up the case online if you have that information.

I will hold off on making an offer on the other 2080 unit they are interested in but they are in a rush to find a place since July is 9 days away. Can you let the current renter know that 2080/I want to show it tomorrow to them. Also, you can tell him the new renters may be interested buying the furniture also.

Feel free to call me. This would be great for all parties and keep income coming to 2080 without any open months. Thank you.

Bill Ioannou

Licensed Real Estate Broker

Adelphia Realty, LLC

2080 S. Ocean Drive, Suite 101

Hallandale Beach, FL 33009

Cell: 954-821-3184

www.adelphiarealty.com



2080 In-House Real Estate Company
Sales and Rentals Experts