

**ORDERED in the Southern District of Florida on November 9, 2017.**

John K. Olson, Judge
United States Bankruptcy Court

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:

ALEXEI RASIN,   Case No.:17-22469-JKO
  Chapter 7

  Debtor.
_____/

**ORDER CONTINUING HEARING ON ORDER TO SHOW CAUSE WHY CASE
SHOULD NOT BE DISMISSED WITH 2 YEAR PREJUDICE PERIOD AND
2 YEAR PROSPECTIVE IN REM STAY RELIEF AWARDED, DIRECTING
ALEXEI RASIN AND KATERYNA ZHOVNYTSKA AKA KATERYNA
RASIN TO APPEAR, AND REQUESTING APPEARANCE
OF THE UNITED STATES TRUSTEE [D.E.#19]**

THIS MATTER came before the Court on November 8, 2017 at **11:00 a.m.** upon the *Order To Show Cause Why Case Should Not Be Dismissed With 2 Year Prejudice Period And 2 Year Prospective In Rem Stay Relief Awarded, Directing Alexei Rasin And Kateryna Zhovnytska Aka Kateryna Rasin To Appear, And Requesting Appearance Of The United States Trustee* [D.E.#19] (the "OSC"). This Court, having considered the OSC and the record, having heard the argument of counsel, and for the reasons stated on the record, it is **ORDERED** that:

1. The hearing on the OSC is continued to **November 17, 2017 at 9:30 a.m.** in Courtroom 301, U.S. Courthouse, 299 E. Broward Blvd., Ft. Lauderdale, FL 33301.

2. Debtor Alexei Rasin is **DIRECTED** to appear at the show-cause hearing.

3. Kateryna Zhovnytska aka Kateryna Rasin is **DIRECTED** to appear at the show-cause hearing.

### 

Submitted by: Zana M. Scarlett, Esq.
U.S. Trustee's Office
51 SW 1st Ave., Rm. 1204
Miami, FL 33130

Copies to:

All interested parties registered to receive notice, including the entire creditor body and the United States Trustee.