

**ORDERED in the Southern District of Florida on November 17, 2017.**

*/signature/*
John K. Olson, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division
www.flsb.uscourts.gov

In re:

                                      Case No.: **17-22469-JKO**

**Alexei Rasin,**

                                      Chapter    **7**

                Debtor.
_____/

### ORDER DISMISSING CASE WITH A TWO-YEAR PREJUDICE PERIOD AND GRANTING TWO-YEAR PROSPECTIVE IN REM STAY RELIEF

      **THIS CASE** came before the Court for a continued hearing on November 17, 2017, upon this Court's Order to Show Cause [ECF 19].   Upon consideration, and for the reasons stated on the record, pursuant to 11 U.S.C. §§ 362(d)(4)(B), 105(a), and 349(a), it is hereby **ORDERED** that:

1) This case is **DISMISSED** with a two-year prejudice period, and

2) Two-year prospective *in rem* stay relief is awarded with respect to real property located at 2080 South Ocean Drive, Unit 1510, Hallandale Beach, FL 33009.

# # #

<u>Copies to:</u>     All parties in interest.